# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-1249ND

———————

| | | |
|---|---|---|
| Sandra Martell, on behalf of Scott Poitra, | * * * | |
| Appellant, | * * | Appeal from the United States District Court for the District |
| v. | * * | of North Dakota. |
| Kenneth S. Apfel, Commissioner, Social Security Administration, | * * * | [UNPUBLISHED] |
| Appellee. | * | |

———————

Submitted:  October 23, 1998
Filed:  October 28, 1998

———————

Before FAGG, ROSS, and BEAM, Circuit Judges.

———————

PER CURIAM.

Sandra Martell, for her son Scott Poitra, a minor, appeals the district court's grant of summary judgment affirming the Social Security Commissioner's decision to deny Poitra supplemental security income disability benefits.  After careful review of the administrative record and the parties' briefs, we conclude substantial evidence supports the decision of the Commissioner that Poitra is not disabled for social security purposes and the judgment of the district court is correct.  Because the case presents no novel issues, we affirm the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.